UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

In Re: HARTENSE GILKEY                                          CASE NO.11-60225-RBK

DEBTOR(S)                                                       CHAPTER 13

NOTICE TO PAY UNCLAIMED FUNDS INTO THE COURT

COMES NOW, Ray Hendren, the Chapter 13 Trustee in this case, and reports the following:

1. Debtor filed for relief under Chapter 13 on Monday, February 28, 2011. The Debtor's plan has been confirmed by the Court. the Debtor's case was completed on November 05, 2015.

2. The Trustee has a balance on hand in this case in the amount of $2,190.46 which is owed to the Debtor as a refund. The Trustee has attempted to locate the Debtor but the Debtor's whereabouts are unknown.

3. The Trustee, therefore, believes the unclaimed funds owing the Debtor should be paid to the Court, pursuant to Section 347 of the Bankruptcy Code, as the Debtor's whereabouts are unknown.

4. The Trustee's check for $2,190.46, payable to the Clerk of the Court, is attached to this notice.

FURTHER, in compliance with Rule 3011 of the Rules of Bankruptcy Procedure, the Trustee files the following list of all known names and addresses of the persons and the amounts to which they are entitled to be paid from the estate.

| Name and Address of Debtor | Amount of Disbursement Check |
|---|---|
| Hartense Gilkey<br>4914 Lyons Ave<br>Houston, TX 77020 | $2,190.46 |

Dated: April 12, 2016                                           /s/Ray Hendren
                                                                Ray Hendren
                                                                3410 Far West Blvd
                                                                Suite 200
                                                                Austin, TX 78731
                                                                (512) 474-6309

1

United States Bankruptcy Court
Western District of Texas
Waco

IN RE:                                                                            CASE NO.: **11-60225**
**HARTENSE GILKEY**                                            CHAPTER 13

**CERTIFICATE OF SERVICE**
-------------------------------------

I, Ray Hendren, hereby certify that a true and correct copy of the attached document was served upon the following parties via electronic means as listed on the Court's ECF noticing sytem or by regular mail on **April 12, 2016**.

The Carlson Law Firm
400 W Jasper
Killeen, TX 76542

Mccreary Veselka Bragg Allen
Po Box 1269
Round Rock, TX 78680

United States Trustee
903 San Jacinto
Suite 230
Austin. TX 79701

/s/ Ray Hendren
_____
Ray Hendren
Chapter 13 Trustee
3410 Far West Blvd
Suite 200
Austin, Tx 78731